UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
JAN 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-07-REW
18 U.S.C. § 922(g)(1)

CHRISTOPHER E. STEWART

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about December 18, 2024, in Rockcastle County, in the Eastern District of Kentucky,

**CHRISTOPHER E. STEWART,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term of exceeding one year, knowingly possessed a firearm, that is, an FIE Corporation single shot 12-gauge shotgun with serial number 255911, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

███████████████

FOREPERSON

_/s/ Wm S R_

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:**   Mandatory special assessment of $100.